UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PREPARED FOOD PHOTOS, INC.,                :         22-CV-7160 (ALC) (RWL)
                                          :
                Plaintiff,         :         **ORDER**
                                          :
      - against -                       :
                                          :
TONY'S PIZZA OF POUGHKEEPSIE, INC.,       :
et al.,                                   :
                                          :
                Defendants.       :
-------------------------------------------------------------X
PREPARED FOOD PHOTOS, INC.,                :         22-CV-10951 (LAK) (RWL)
                                          :
                Plaintiff,         :         **ORDER**
                                          :
      - against -                       :
                                          :
BRAVO WEST PIZZA, LLC, et al.,            :
                                          :
                Defendants.       :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed at the initial pre-trial conference held on March 7, 2023, the captioned cases are stayed until June 7, 2023, or such earlier date as the Court may order. The parties shall file a joint status report by **June 5, 2023**, or, if earlier, within 7 days after any determination made by the Panel on Multi-District Litigation.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: March 7, 2023
         New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2023